**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marianna Udem
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
**ASK LLP**
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*,[1] | Case No. 23-18993 (MBK) |
| Debtors. | (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, | |
| Plaintiff, | |
| v. | Adv. No. 25-02392-MBK |
| Wella Operations US LLC, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

Thomas A. Pitta, as Trustee (the "Plaintiff" or "Trustee") of the RAD Sub-Trust A (the

"Trust"), and Wella Operations US LLC (the "Defendant" and, together with Plaintiff, the

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1607365178.2

"Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. Pursuant to the procedures orders governing the Rite Aid adversary proceedings, Defendant requested, and Plaintiff agreed, to an initial informal 45-day extension of time to respond to the complaint.[2] Pursuant to the procedures orders, further extensions must be in the form of filed stipulations.

2. Accordingly, the Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including March 31, 2026.

3. The Parties further agree and stipulate that the deadlines for the Parties to serve Initial Disclosures and to serve written interrogatories, document requests, and requests for admission are each hereby extended to and including April 30, 2026, which is thirty (30) days after the extended response deadline set forth in Paragraph 2 above.

4. In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any issues relating to service of process of the Summons and Complaint.

---

[2] *See* Case No. 23-18993, Docket No. 7148, para. 3 (the "large" procedures order), and Docket No. 7149, para. 3, 38 (the "small" procedures order). Further extensions require a stipulation filed with the Court. Id.

1607365178.2

Dated: February 26, 2026

**ASK LLP**

/s/ Brigette McGrath
Brigette McGrath, Esq.
NJ SBN 01000-2011
Kara E. Casteel, Esq. (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq., NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff*

Dated: 2/24/2026

David S. Catuogno, Esq.
**K&L GATES LLP**
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone:  (973) 848-4000
Facsimile:  (973) 848-4001
Email: David.catuogno@klgates.com

*/s/ David S. Catuogno*

*Counsel to Defendant*

1607365178.2